[Doabtsty] [Order Abating Relief from Stay]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                                                                  Case No. 6:14–bk–11743–KSJ
                                                                                        Chapter 7
Stephen Michael Robbins

Kimberly Walters Robbins
_____Debtor*_____/

### ORDER ABATING MOTION FOR RELIEF FROM STAY

THIS CASE came on for consideration, without hearing, of the Motion for Relief From Stay filed by Green Tree Servicing LLC . Document 11 . After a review of the motion, the Court determines that the motion is deficient as follows:

☐ The motion does not include an original or electronic signature of the movant's attorney as required by Fed. R. Bankr P. 9011.

☐ The motion was filed without a certificate of service as required by Local Rule 7005–1.

☑ The prescribed filing fee of $176.00, as required by the Bankruptcy Court Schedule issued in accordance with 28 U.S.C § 1930 was not paid.

☐ The negative notice legend is not fully displayed on the first page or does not conform to the approved negative notice legend prescribed by Local Rule 2002–4.

Accordingly it is

**ORDERED:**

1. Consideration of the motion is abated until the deficiency is corrected.

2. The automatic stay of 11 U.S.C. § 362 is continued in effect until further order of this Court.

Dated:  November 4, 2014

_____
Karen S. Jennemann
Chief United States Bankruptcy Judge

The Clerk's office is directed to serve a copy of this order on interested parties.

*All references to "Debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.