UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

STEPHEN MICHAEL ROBBINS,　　　　　　　　　　Case No.: 6:14-bk-11743-KSJ
KIMBERLY WALTERS ROBBINS,　　　　　　　　　Chapter 7

　　　　Debtors.
_____/

AGREED ORDER HOLDING MOTION FOR RELIEF IN ABEYANCE

This case is before the Court upon the Motion for Relief from Stay filed by Creditor [D.E. 11], Green Tree Servicing LLC, hereinafter referred to as "Movant". This was circulated on negative notice. The Debtor filed a Motion for Referral to Mortgage Modification Mediation [D.E. 14], subsequently, the Order Granting Mortgage Modification Mediation [D.E. 15] was entered. The parties have agreed to the entry of this order. By submission of this order for entry, the submitting counsel represents that the opposing party consents to its entry; accordingly it is:

ORDERED:

1. The Motion for Relief from the Automatic Stay is held abeyance pending the outcome of mediation.

2. The Movant will reschedule the hearing on Motion for Relief after the filing of the Mediator's Final Report.

DONE and ORDERED in Orlando, Florida, on December 10, 2014

_____
KAREN S. JENNEMANN
United States Bankruptcy Judge

This order is agreed to in form and content:

| | |
|---|---|
| /s/ Evan S. Singer, Esq. | /s/ Barbara Billiot Stage |
| Evan S. Singer, Esq. | Barbara Billiot Stage |
| Attorney for Movant | Attorney for Debtor |
| Fla. Bar ID: 101406 | Law Offices of Stage & Associates P.A |
| Timothy D. Padgett, P.A. | 7635 Ashley Park Court |
| 6267 Old Water Oak Road | Orlando, FL 32819 |
| Suite 203 | (321) 299-9412 (telephone) |
| Tallahassee, Florida 32312 | pleadings@stagelaw.com |
| (850) 422-2520 (telephone) | |
| (850) 422-2567 (fax) | |
| ess@padgettlaw.net | |

Attorney Evan S. Singer is directed to serve a copy of this order on interested parties and file a proof of service within 3 days of entry of the order.

Order prepared by:

Evan S. Singer, Esq.

Timothy D. Padgett, P.A.